UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY O. HANKINS, SR )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:19-CV-158-FL
SARDIA MARIE PORTER-HANKINS )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 28, 2019, and for the reasons set forth more specifically therein, plaintiff's motion to dismiss is GRANTED but the court grants the motion for failure to comply with Rule 8009 and 28 U.S.C. § 1930.

**This Judgment Filed and Entered on June 28, 2019, and Copies To:**
Timothy O. Hankins, Sr. (Via US Mail) 4729 G Street, Garner, NC 27529
William E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)

June 28, 2019                    PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk